```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE WESTERN DISTRICT OF PENNSYLVANIA


ENTERPRISE BANK,                 )
                                 )
      Plaintiff,                 )
                                 )
           v.                    )  Civil Action No. 04-1761
                                 )  Judge Standish
BROOKRIDGE FUNDING CORP.,        )  Magistrate Judge Caiazza
                                 )
      Defendant.                 )
```

**ORDER**

IT IS HEREBY ORDERED that a Case Management Conference for the above-entitled action is now scheduled for **August 30, 2005, at 10:00 a.m.**

IT IS FURTHER ORDERED that counsel shall be prepared to address all items enumerated in Local Rule 16.1.2.


August 4, 2005                        S/Francis X. Caiazza
                                      Francis X. Caiazza
                                      U.S. Magistrate Judge

cc:
John R. O'Keefe, Jr., Esq.
Brian A. Lawton, Esq.
Matthew C. Collins, Esq.
Metz Lewis
11 Stanwix Street
18th Floor
Pittsburgh, PA 15222

Stephen M. Pincus, Esq.
Stember Feinstein Krakoff
429 Forbes Avenue
1705 Allegheny Building
Pittsburgh, PA 15219